Patrick J. CONLON, Respondent,

v.

**RETIREMENT BOARD OF
ALLEGHENY COUNTY,
Petitioner.**

Supreme Court of Pennsylvania.

Feb. 9, 1999.

Bruce D. Campbell, Pittsburgh, for petitioner.

*ORDER*

PER CURIAM:

**AND NOW,** this 9th day of February, 1999, the Petition for Allowance of Appeal is **GRANTED, LIMITED** to the following issues:

1. Whether the Commonwealth Court properly defined the term "by reason of no cause or act of his or her own . . . ." as it appears in 16 P.S. § 4710(b).

2. Whether the Commonwealth Court properly required that it was the Retirement Board of Allegheny County's burden to prove that Respondent had been terminated due to a "cause or act of his own".

3. Whether the Commonwealth Court erred in not remanding this matter to the Retirement Board of Allegheny County for the taking of additional evidence.

Randall A. CHARLES, Respondent,

v.

**Richard STEHLIK, Petitioner.**

Supreme Court of Pennsylvania.

Feb. 9, 1999.

Melanie Shannon Rothey, Pittsburgh, for petitioner.

*ORDER*

PER CURIAM.

AND NOW, this 9th day of February, 1999, the Petition for Allowance of Appeal is GRANTED, limited to the issue of whether the trial court erred in awarding primary physical custody of the child to the respondent (stepfather).

**Elizabeth J. LUCHINI, Petitioner,**

v.

**James Joseph AUGUST, and Pamela August and Samuel E. Luchini, Respondents.**

Supreme Court of Pennsylvania.

Feb. 16, 1999.

*ORDER*

PER CURIAM:

**AND NOW,** this 16th day of February 1999, the Petition for Allowance of Appeal is GRANTED, the order of the Superior Court is REVERSED, and this matter is RE-

MANDED to the Superior Court for disposition consistent with this Court's decision in *Washington v. Baxter*, 719 A.2d 733 (Pa. 1998).

**Allen ADELMAN and Anita Adelman H/W, Petitioners,**

**v.**

**Giovanni CONIGLIARO and Josephine Mannino and Rent–A–Car, Respondents.**

Supreme Court of Pennsylvania.

Feb. 16, 1999.

***ORDER***

PER CURIAM:

**AND NOW**, this 16th day of February 1999, the Petition for Allowance of Appeal is GRANTED, the order of the Superior Court is REVERSED, and this matter is RE-MANDED to the Superior Court for disposition consistent with this Court's decision in *Washington v. Baxter*, 719 A.2d 733 (Pa. 1998).

**COMMONWEALTH of Pennsylvania, Appellant,**

**v.**

**Daniel Clyde STOOPS, Appellee.**

Superior Court of Pennsylvania.

Argued Oct. 8, 1998.
Filed Dec. 10, 1998.
Reargument Denied Feb. 19, 1999.

